# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 4:18-cr-6 |
| v. ) | |
| ) | Judge Travis R. McDonough |
| COREY CARLOS GARRETT ) | |
| ) | Magistrate Judge Christopher H. Steger |
| ) | |

## ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 83) recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count One of the one count Superseding Indictment; (2) accept Defendant's guilty plea to Count One of the one count Superseding Indictment; (3) adjudicate Defendant guilty of possession of a firearm by a convicted felon in violation of 18 U.S.C. § 922(g)(1); and (4) order that Defendant remain in custody pending sentencing or further order of this Court.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 83) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea to Count One of the one count Superseding Indictment is **GRANTED**;

2. Defendant's guilty plea to Count One of the one count Superseding Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of possession of a firearm by a convicted felon in violation of 18 U.S.C. § 922(g)(1); and

4. Defendant **SHALL REMAIN** in custody until further order of this Court or sentencing in this matter which is scheduled to take place before the undersigned on **July 30, 2021, at 2:00 p.m**.

**SO ORDERED.**

                                                /s/ *Travis R. McDonough*
                                                **TRAVIS R. MCDONOUGH**
                                                **UNITED STATES DISTRICT JUDGE**

2
Case 4:18-cr-00006-TRM-CHS   Document 84   Filed 04/30/21   Page 2 of 2   PageID #: 261